[No. 15804-3-II.    Division Two.    May 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO
SALDANA-MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 91-1-00704-4, James E. Warme, J., entered Feb-
ruary 27, 1992. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Morgan, C.J., and Houghton, J.

[Nos. 16112-5-II; 17541-0-I.    Division Two.    May 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY
ALLEN FIELDS, *Appellant*.

*In the Matter of the Personal Restraint of* TROY ALLEN
FIELDS, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00178-1, Thomas L. Lodge, J., entered May
13, 1992, together with a petition for relief from personal
restraint. Judgment *affirmed* and petition *denied* by unpub-
lished opinion per Alexander, J., concurred in by Morgan,
C.J., and Houghton, J.

[No. 16878-2-II.    Division Two.    May 11, 1994.]

*In the Matter of the Personal Restraint of* JOHN C.
REEVES, *Petitioner*.

Petition for relief from personal restraint. *Granted* by un-
published per curiam opinion.